No. 4113.—BAUZÁ, aplte., *v.* COLÓN MEDINA, apdo.—C. D. Ponce. Incumplimiento de contrato. Dic. 9, 1926. Habiéndose establecido la apelación en este caso el primero de septiembre de 1926 y. no existiendo en la corte inferior pendiente de aprobación una exposición del caso o transcripción

de la evidencia, y no habiéndose pedido prórroga alguna para someterla, se desestimó el recurso a instancia de la parte apelada.

No. 3376.—DEL ROSARIO ET AL., apltes., v. ALLENDE CRUZ ET AL., apdos.—C. D. San Juan. Nulidad de actuaciones y otros extremos. Dic. 14, 1926. No habiendo cumplido los demandantes-apelantes con los requisitos fijados en la orden de sept. 2, 1926, admitiendo la apelación contra la sentencia de este tribunal de 19 de mayo de 1926, y vista la resolución en el caso de *Pabón* v. *Alvarado,* No. 2099, 31 D.P.R. 943, se declaró con lugar la moción de los apelados, y se ordenó el archivo de este caso, por abandono.

El Juez Asociado Sr. Hutchison no intervino.